IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO.: 7:09CR00077-001BO

UNITED STATES OF AMERICA,   )
                               )
            Plaintiff,  )
        v              )
                               )        ORDER
TRIKOSKO ADOLPHUS HOLMES,  )
                               )
          Defendant.  )

UPON MOTION by the United States for an order authorizing payment from an Inmate trust account:

IT IS ORDERED that the Bureau of Prisons turn over to the Clerk of the United States District Court for the Eastern District of North Carolina funds, up to $1,638.81, the amount of outstanding restitution, held in Trikosko Adolphus Holmes' (register #70504-056) inmate trust account as payment for the criminal monetary penalties imposed in this case. Funds should be sent to:

    U.S. District Court
    P.O. Box 25670
    Raleigh, NC 27611

The Clerk of Court shall accept and apply these funds as payment towards the criminal monetary penalties owed by the defendant.

SO ORDERED, this _/_ day of _September_____, 2017.

_Terence Boyle_
United States District Judge